*"THIRD AMENDED COMPLAINT"*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### JACKSONVILLE Division

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 2-22-23 (DATE) FOR MAILING
BA STAFF INITIAL AA I/M INITIAL

ANDREW A. ADORJAN
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

DUVAL COUNTY, et al.
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:20-cv-1280-J-39JBT

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ANDREW A. ADORJAN

All other names by which you have been known:

ID Number: DC# J59402

Current Institution: COLUMBIA C.I.

Address: 216 SE CORRECTIONS WAY

LAKE CITY    FL.    32025-2013

*City*    *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: DUVAL COUNTY/GENERAL COUNCIL OF JACKSONVILLE

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 117 W. DUVAL STREET SUITE 480

JACKSONVILLE    FL.    32202

*City*    *State*    *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name: MICHAEL WILLIAMS

Job or Title *(if known)*: SHERIFF

Shield Number:

Employer: JACKSONVILLE SHERIFF'S OFFICE

Address: 501 W. BAY STREET

JACKSONVILLE    FL.    32202-2975

*City*    *State*    *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name ARMOR CORRECTIONAL HEALTH SERVICES, INC.

Job or Title *(if known)* MEDICAL PROVIDER

Shield Number

Employer DUVAL COUNTY OF FLORIDA

Address C/O: CT CORPORATION SYSTEM, 1260 SOUTH PINE ISLAND ROAD

PLANTATION FL. 33324

| City | State | Zip Code |

☒ Individual capacity  ☒ Official capacity

Defendant No. 4

Name JOHN/JANE DOE

Job or Title *(if known)* MEDICAL DOCTOR

Shield Number

Employer ARMOR CORRECTIONAL HEALTH SERVICES, INC.

Address C/O: CT CORPORATION SYSTEM, 1260 SOUTH PINE ISLAND ROAD

PLANTATION FL. 33324

| City | State | Zip Code |

☒ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14TH AMENDMENT RIGHTS

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

- CONT. PART 1. - THE PARTIES OF THIS COMPLAINT
- SECTION B. - THE DEFENDANT (S)

DEFENDANT NO. 5

NAME ___JOHN/JANE DOE___  ✓ INDIVIDUAL
JOB OR TITLE ___ARNP___  CAPACITY
SHIELD NO. _____
EMPLOYER ___ARMOR CORRECTIONAL HEALTH SERVICES, INC.___ ✓ OFFICIAL
ADDRESS C/O: CT CORPORATION SYSTEM, 1260 SOUTHPINE ISLAND ROAD  CAPACITY
         ___PLANTATION___  ___FL.___  ___33324___
              CITY          STATE      ZIP-CODE

DEFENDANT NO. 6

NAME ___JANE DOE___  ✓ INDIVIDUAL
JOB OR TITLE ___RN___  CAPACITY
SHIELD NO. _____
EMPLOYER ___ARMOR CORRECTIONAL HEALTH SERVICES, INC.___ ✓ OFFICAL
ADDRESS C/O: CT CORPORATION SYSTEM, 1260 SOUTHPINE ROAD  CAPACITY
         ___PLANTATION___  ___FL.___  ___33324___
              CITY          STATE      ZIP-CODE

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED PAGE 1 of 1 (II. BASIS OF JURISDICTION, Sec. D: PAGE 4 of 11)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

DCDC IN JACKSONVILLE IS WHERE THE EVENTS TO MY CLAIM AROSE, AND THE EVENTS BEGAN ON DECEMBER 7th OF 2019.

- DUVAL COUNTY OF THE STATE OF FLORIDA, FACILITATES THE DUVAL COUNTY DETENTION CENTER (DCDC), AND ALL OF IT'S EMPLOYEES AND ALL OF THE CONTRACTED SERVICE PROVIDERS (C.S.P.). DUVAL COUNTY ACTS UNDER THE COLOR OF LAW OF THE STATE OF FLORIDA.

- SHERIFF MICHAEL WILLIAMS OF THE JACKSONVILLE SHERIFF'S OFFICE (J.S.O.), IS EMPLOYED BY THE COUNTY OF DUVAL, AND SUPERVISES ALL OF THE EMPLOYEES AND ALL OF THE CONTRACTED SERVICE PROVIDERS AT THE DCDC. SHERIFF M. WILLIAMS ACTS UNDER THE COLOR OF LAW OF THE STATE OF FLORIDA.

- ARMOR CORRECTIONAL HEALTH SERVICES, INC. (ARMOR), IS A CONTRACTED SERVICE PROVIDER THAT PROVIDES IT'S MEDICAL SERVICES TO INMATES IN THE DCDC. ARMOR, CONTRACTED BY DUVAL CO., ACTS UNDER THE COLOR OF LAW OF THE STATE OF FLORIDA.

- ARMOR MEDICAL STAFF EMPLOYEES ——— AS EMPLOYEES OF ARMOR, ARE MEDICAL SERVICE PROVIDERS THAT PROVIDE MEDICAL CARE TO INMATES IN THE DCDC. THESE MEDICAL STAFF EMPLOYEES ACT UNDER THE COLOR OF LAW OF THE STATE OF FLORIDA.

1 OF 1

C. What date and approximate time did the events giving rise to your claim(s) occur?

12-11-2019    APPROXIMATE TIME  7:00 A.M.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED PGS. 1-8 (IV. STATEMENT OF CLAIM, SEC. D; PG. 5 OF 11)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED PG. 1 OF 1 (V. INJURIES, PG. 5 OF 11)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE ATTACHED PG. 1 OF 1 (VI. RELIEF, PG. 5 OF 11)

INTRODUCTION:

1.) THE PLAINTIFF WAS ARRESTED BY J.S.O. ON 12-06-2019 & TAKEN TO THE DCDC. PRIOR TO BEING ARRESTED PLAINTIFF HAD RECENTLY FRACTURED HIS LEFT THUMB & RT. WRIST. PRIOR TO BEING BOOKED INTO THE DCDC PLAINTIFF WAS SENT TO THE SHANDS HOSPITAL E.R.

2.) PLAINTIFF WAS EX-RAYED, EXAMINED, & A TEMPORARY SPLINT WAS RE-PLACED ON HIS RT. WRIST. PLAINTIFF WAS DIAGNOSED WITH A FRACTURED HAND, THUMB FRACTURE, WRIST PAIN, & ETOH ABUSE (SEE ATTACHED EXHIBIT A, PG. 1).

3.) THE E.R. DOCTOR PRESCRIBED PLAINTIFF WITH LIBRIUM TO TREAT & TO ALL-EVIATE HIS WITHDRAWL SYMPTOMS (SEE ATTACHED EXHIBIT A, PG. 1 & 2) AND EXHIBIT B), INSTRUCTIONS ALSO INCLUDED FOR PLAINTIFF TO BE SEEN URGENTLY IN THE JAIL ORTHO CLINIC IN 3-DAYS FOR THE NEEDED TREATMENT FOR HIS FRACTURED BONES (SEE ATTACHED EXHIBIT A, PG. 4).

4.) THE E.R. DOCTOR'S INSTRUCTIONS WERE GIVEN TO A J.S.O. TRANSPORT OFFICER RETURNING PLAINTIFF TO THE DCDC ON 12-07-2019. THESE INSTRUC-TIONS WERE THEN GIVEN TO A ARMOR MEDICAL STAFF EMPLOYEE ON DUTY AT THE TIME PLAINTIFF RETURNED FROM THE E.R. VISIT (SEE ATTACHED EXHIBIT A, HAND WRITTEN AT TOP OF PAGE ONE (1)).

5.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & ARMOR ARNP JOHN/JANE DOE (BOTH OF WHOM WERE ON DUTY AT THE DCDC ON 12-07-2019), WERE ALL NOW FULLY AWARE OF PLAINTIFF'S MEDICAL CONDITION & OF HIS FURTHER MEDICAL NEEDS TO THEN ADEQUATELY TREAT HIS SERIOUS MEDICAL NEEDS (SMN) AFTER HIS RETURN FROM THE E.R. WITH THE E.R. DOCTOR'S PRESCRIPTIONS & INSTRUCTIONS GIVEN TO THE DEFENDANTS TO FOLLOW. THE PLAINTIFF ALSO NOTIFIED ARMOR & ARMOR MEDICAL STAFF REGARDING HIS RT. BROKEN WRIST, (SEE ATTACHED EXHIBIT D); SICK-CALL REQUESTS MADE.

6.) THE PLAINTIFF ALSO NOTIFIED THE DCDC ADMINISTRATION REGARDING HIS ONGOING UNTREATED RT. BROKEN WRIST & HIS PHYSICAL PAIN & ANGUISH BY SUBMITTED GRIEVANCES (SEE ATTACHED EXHIBIT E).

COUNT ONE:

(DEF.)

1.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & ARMOR ARNP JOHN/JANE DOE (BOTH OF WHOM WERE ON DUTY AT THE DCDC ON 12.07.2019). NONE OF THESE DEFENDANTS FILLED PLAINTIFF'S PRESCRIBED LIBRIUM TO TREAT HIS SMN OF ALCOHOL WITHDRAWL. PLAINTIFF HAD TO THEN SUFFER THROUGH SEVERE WITHDRAWL SYMPTOMS FOR A EXTENTED NUMBER OF DAYS, WHICH ALSO COULD HAVE BEEN FATAL. PLAINTIFF SUFFERED THROUGH WHAT WAS UNNECESSARY & AVOIDABLE AMOUNTS OF SEVERE WITHDRAWL PHYSICAL PAIN & MENTAL ANGUISH DURING HIS UNTREATED WITHDRAWL.

2.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & DEF. ARMOR ARNP JOHN/JANE DOE, ALL FAILED TO PROVIDED PLAINTIFF WITH ADEQUATE MEDICAL TREATMENT IN ACCORDANCE WITH ARMOR POLICY & PROCEDURE, (SEE ATTACHED EXHIBIT C, UNDER [TITLE: RECEIVING & SCREENING]; PAGE 1 OF 5 #4 (i), #4 (K) ; PAGE 2 OF 5 : #6, #8, #13, & #15 ; PAGE 3 OF 5 : UNDER SUB-SECTION (INTAKE/RECEIVING SCREENING) ON PAGE 4 OF 5 : #4, #6 (C), & 6 (d), #7, & ON PAGE 5 OF 5 : #8.); ✗ PAGE 3 OF 5 : #1 (b), #4.

3.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & DEF. ARMOR ARNP JOHN/JANE DOE, BY NOT FILLING & ADMINISTERING THE PRESCRIBED LIBRIUM TO TREAT THE PLAINTIFF'S SMN OF ALCOHOL WITHDRAWL, HAD THEN PLACED HIM AT RISK & HARM TO THE POSSIBLE LOSS OF HIS LIFE & CAUSED HIM TO SUFFER THROUGH UNNECESSARY SEVERE WITHDRAWL SYMPTOMS FOR A AVOIDIBLE NUMBER OF DAYS. DEF. ARMOR, DEF. ARMOR MD JOHN/JANE DOE, & DEF. ARMOR ARNP JOHN/JANE DOE, BY FAILING TO TREAT PLAINTIFF'S SMN OF ALCOHOL WITHDRAWL, HAD THEN VIOLATED HIS 14th AMENDMENT DUE PROCESS RIGHTS.

4.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & DEF. ARMOR ARNP JOHN/JANE DOE, ARE ALL LIABLE IN THEIR INDIVIDUAL & OFFICAL CAPACITIES FOR THE PLAINTIFF'S DAMAGES HE HAD SUFFERED THROUGH. DAMAGES BEING THE AVOIDIBLE AMOUNTS OF PHYSICAL PAIN & THE MENTAL ANGUISH HE HAD TO SUFFER. MENTAL ANGUISH THAT CAUSED PLAINTIFF TO FEAR THE POSSIBLE LOSS OF HIS LIFE DURING HIS UNTREATED WITHDRAWL.

COUNT TWO:

1.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & DEF. ARMOR ARNP JOHN/JANE DOE (BOTH OF WHOM WERE ON DUTY AT THE DCDC ON 12-07-2019), FAILED TO FOLLOW THE SHANDS E.R. DOCTOR'S INSTRUCTIONS GIVEN TO THEM, TO FOLLOW FOR THE ADEQUATE NEEDED TREATMENT FOR THE PLAINTIFF'S 5MN OF BONE FRACTURES (SEE ATTACHED EXHIBIT A, PG.4). PLAINTIFF WAS NEVER SEEN IN THE JAIL ORTHO CLINIC TO THEN BE TREATED BY A ORTHOPEDIC DOCTOR, URGENTLY IN THE INSTRUCTED 3 DAYS. THE DCDC DOES NOT HAVE A ORTHO CLINIC, THEY USE A SHANDS HOSPITAL ORTHO INMATE CLINIC AT THE HOSPITAL.

2.) THE PLAINTIFF NEVER RECEIVED ADEQUATE TREATMENT FROM THESE THREE NAMED DEFENDANTS AS INSTRUCTED FOR THE TREATMENT FOR HIS BONE FRAC-TURES. PLAINTIFF WAS LEFT TO SUFFER EXCESSIVE PHYSICAL PAIN & MENTAL ANGUISH DUE TO THE LACK OF HIS NEEDED TREATMENT.

3.) DEFENDANT ARMOR, & ARMOR MD JOHN/JANE DOE, (DEF.) & DEF. ARMOR ARNP JOHN/JANE DOE, ALL FAILED TO PROVIDE PLAINTIFF WITH ADEQUATE MEDICAL TREATMENT IN ACCORD-ANCE WITH ARMOR POLICY & PROCEDURE (SEE ATTACHED EXHIBIT C, UNDER/TITLE: RECEIVING & SCREENING): PAGE 1 OF 5 : # 4 (M) _____ ; PAGE 2 OF 5 : # 6, #8, #13, #15 ; ON PAGE 4 OF 5 : UNDER SUB-SECTION (INTAKE/RECEIVING SCREENING) : # 4, # 6 (b), #6 (d), & # 7 ; & ON PAGE 5 OF 5 # 8.) ; ✗ PAGE 3 OF 5 : # 1 (b), # 4.

4.) ON 1-17-2020, 42 DAYS AFTER PLAINTIFF'S E.R. VISIT, HE WAS FINALLY TAKEN TO THE SHANDS ORTHO INMATE CLINIC & EXAMINED BY ORTHO DOCTOR ANDREW RIGA, WHO AT THAT TIME TOLD PLAINTIFF THAT HE SHOULD HAVE BEEN PLACED IN TRAC-TION, ON A MUCH SOONER RETURN TO THE HOSPITAL ORTHO CLINIC. THE PL-AINTIFF STILL NEVER RECEIVED THE NEEDED TREATMENT FOR HIS INJURED RT. WRIST.

5.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & DEF. ARMOR ARNP JOHN/JANE DOE, BY NOT PROVIDING ADEQUATE TREATMENT FOR THE PLAINTIFF'S 5MN FOR HIS FRACTURED BONES THROUGH FAILING TO FOLLOW THE E.R. DOCTOR'S GIVEN TO THEM, (INSTRUCTIONS) HAD THEN VIOLATED HIS 14TH AMENDMENT DUE PROCESS RIGHTS.

6.) DEFENDANT ARMOR, & DEF. ARMOR MD JOHN/JANE DOE, & DEF. ARMOR ARNP JOHN/JANE DOE, ARE ALL LIABLE IN THEIR INDIVIDUAL & OFFICAL CAPACITIES FOR PLAINTIFF'S PAST DAMAGES & THE DAMAGES THAT STILL REMAIN. DAMAGES BEING A DEFORMED & DYSFUNCTIONAL RT. WRIST THAT STILL CAUSES PLAINTIFF PHYSICAL PAIN & MENTAL ANGUISH.

COUNT THREE:

1.) ON 01·10·2020, PLAINTIFF HAD SLIPPED IN A PUDDLE OF WATER LEAKING FROM A PLUMBER'S CLOSET INFRONT OF HIS CELL. WITH A REFLEX ACTION HE HAD TO USE HIS RT. HAND THAT WAS STILL IN A TEMPORARY SPLINT TO BRACE HIMSELF TO KEEP FROM FALLING. PLAINTIFF ENDED UP IN EXTREME PAIN & WAS FEARFUL THAT HIS INJURED RT. WRIST MAY HAVE BEEN MADE WORSE.

2.) PLAINTIFF AT THAT TIME WROTE A SICK-CALL REQUEST & ALSO DECLARED A MEDICAL EMERGENCY WITH HIS UNIT OFFICER. HE WAS EVENTUALLY TAKEN TO THE INFIRMARY. AT THE INFIRMARY DEFENDANT ARMOR RN JANE DOE TOOK PLAINTIFF'S BODY TEMP & BLOOD PRESSURE. DEF. ARMOR RN JANE DOE NEVER EXAMINED HIS RT. WRIST.

3.) PLAINTIFF EXPLAINED TO DEFENDANT WHAT HAD OCCURED & TOLD HER THAT HE WAS IN EXTREME PAIN & FEARED THAT HIS INJURY MAY HAVE BEEN MADE WORSE. DEF. ARMOR RN JANE DOE DID NOT REPLY OR ASK PLAINTIFF ANY QUESTIONS REGARDING HIS CONDITION. DEFENDANT NEVER EVEN NOTIFIED THE ARMOR DOCTOR ON DUTY ABOUT THE PLAINTIFF BEING IN THE INFIRMARY FOR A MEDICAL EMERGENCY & THAT HE NEEDED TO BE EXAMINED.

4.) DEFENDANT ARMOR RN JANE DOE TOLD PLAINTIFF THAT HE WOULD BE "O.K." & TO GO BACK TO HIS CELL UNIT. PLAINTIFF TOLD DEFENDANT THAT HE WOULD LIKE TO BE SEEN BY THE DOCTOR. DEF. REPLIED BY SAYING THAT HE WOULD EVENTUALY BE SEEN & TO NOW "GO BACK TO YOUR UNIT!"

5.) PLAINTIFF ASKED THE DEF. ARMOR RN JANE DOE FOR IBUPROFREN BEFORE LEAVING THE INFIRMARY, BUT WAS DENIED. PLAINTIFF WAS CONTINUALLY DENIED IBUPROFREN FROM EVERY ARMOR NURSE THAT HE ASKED.

6.) PLAINTIFF'S SMN. WENT UNEXAMINED, UNDIAGNOSED, & UNTREATED ON THE MEDICAL EMERGENCY. PLAINTIFF WAS LEFT TO SUFFER EXTREME PHYSICAL PAIN & MENTAL ANGUISH.

7.) DEFENDANT ARMOR RN JANE DOE BY FAILING TO PROVIDE PLAINTIFF WITH ADEQUATE TREATMENT FOR HIS SMN, HAD THEN VIOLATED HIS 14TH AMENDMENT DUE PROCESS RIGHTS.

8.) DEFENDANT ARMOR RN JANE DOE IS LIABLE IN HER INDIVIDUAL & OFFICAL CAPACITIES FOR THE PLAINTIFF'S PAST DAMAGES & THE DAMAGES THAT STILL REMAIN. DAMAGES BEING A DEFORMED & DYSFUNCTIONAL RT. WRIST THAT STILL CAUSES PLAINTIFF PHYSICAL PAIN & MENTAL ANGUISH.

COUNT FOUR:

1.) PLAINTIFF FILED 11 GRIEVANCES REGARDING HIS FRACTURED RT. WRIST GOING UNTREATED, SEE: (ATTACHED EXHIBIT F). ALL GRIEVANCES WERE DIRECTED TO ADMINISTRATION OF THE DCDC.

2.) PLAINTIFF STATED IN THE GRIEVANCES HOW HE WAS NOT BEING PROVIDED ANY MEDICAL TREATMENT FOR HIS FRACTURED RT. WRIST, AND HOW DEF. ARMOR HAD NOT FOLLOWED THE E.R. DOCTOR'S IN- STRUCTIONS THAT WERE GIVEN TO THEM TO FOLLOW.

3.) THE PLAINTIFF'S FRACTURED RT. WRIST CONTINUED TO REMAIN UNTREATED.

4.) DEFENDANT, J.S.O. SHERIFF MICHAEL WILLIAMS, IS THE "OVER-ALL" SUPERVISOR OF THE DCDC ADMINISTRATION STAFF & ALL CONTRACTED SERVICE PROVIDERS AT THE DCDC. DEF. SHERIFF M. WILLIAMS IS A DUVAL COUNTY AUTHORITIVE OFFICIAL THAT IS CONSIDERED AS A "DECISION MAKER" IN THE OFFICE HE HOLDS AS THE J.S.O SHERIFF OF DUVAL COUNTY.

5.) DEFENDANT, J.S.O. SHERIFF M. WILLIAMS, AS A DECISION MAKER FOR THE COUNTY OF DUVAL, ENFORCES BY MAKING A PROCLAMATION TO ALL EMPLOYEES & CONTRACTED SERVICE PROVIDERS OF THE DCDC, A PROCLAIMED UNOFFICIAL CUSTOM OF DEF. DUVAL CO., A UNOFFICIAL CUSTOM OF CUTT- ING COSTS WHENEVER POSSIBLE, SO TO KEEP A SET BUDGET BY SAVING MONEY IN ALL PROCEDURES WHERE-IN COUNTY MONIES ARE SPENT.

6.) DEFENDANT, J.S.O. SHERIFF M. WILLIAMS, ENFORCES THIS UNOFFICIAL CUSTOM OF CUTTING COSTS UPON THE DEF. ARMOR. ARMOR, WHO IS THEN EXPECTED TO CUT COSTS FOR MEDICAL TREATMENTS TO THE DCDC IN- MATES. DEF. SHERIFF M. WILLIAMS BY ENFORCING THIS UNOFFICIAL CUS- TOM, HAS THEN INDIRECTLY BROUGHT INTO ACTION ONE OF THE MOVING FORCES BEHIND ONE OF THE REASONS WHY DEF. ARMOR DID NOT PROVIDE THE PLAINTIFF WITH ANY TREATMENT FOR HIS FRACTURED RT. WRIST. THIS UNOFFICIAL CUSTOM OF CUTTING COSTS MAKES THE DCDC MEDICAL DEPT. INADEQUATE IN IT'S TREATING OF DCDC INMATE'S MEDICAL NEEDS.

COUNT FIVE CONT.:

7.) DEFENDANT, J.S.O. SHERIFF MICHAEL WILLIAMS, IS LIABLE IN A INDIRECT MANNER FOR THE OVER-ALL OUTCOMING RESULTS OF THE DAMAGES OF THE PLAINTIFF'S UNTREATED FRACTURED RT. WRIST. DAMAGES THAT CAUSED BONE DEFORMITY, DYSFUNCTION, PHYSICAL PAIN & MENTAL ANGUISH TO THE PLAINTIFF. DEF. SHERIFF M. WILLIAMS, HAD THEN VIOLATED PLAINTIFF'S 14TH AMENDMENT RIGHTS.

8.) DEFENDANT, J.S.O. SHERIFF MICHAEL WILLIAMS, IS LIABLE IN HIS INDIVIDUAL & OFFICIAL CAPACITIES FOR THE PLAINTIFF'S PAST DAMAGES, & THE DAMAGES THAT STILL REMAIN. DAMAGES BEING, A DE-FORMED & DYSFUNCTIONAL RT. WRIST THAT CONTINUES TO CAUSE PLAINTIFF PHYSICAL PAIN & MENTAL ANGUISH.

COUNT FIVE:

1.) DEFENDANT, DUVAL COUNTY, THROUGH THE GENERAL COUNSEL OF JACKSONVILLE, ACTING AS THE COUNTY'S AUTHORITIVE "DECISION MAKERS," HAS MADE AND DECREES A UNOFFICIAL CUSTOM UPON ALL OF IT'S DEPARTMENTS & OFFICES, A UNOFFICIAL CUSTOM OF CUTTING COSTS WHENEVER POSSIBLE, SO TO KEEP A SET BUDGET BY SAVING MONEY IN ALL PROCEEDURES WHERE-IN COUNTY MONIES ARE SPENT.

2.) DEFENDANT, DUVAL COUNTY, OPERATES THE DCDC AND ALLOCATES FUNDS FOR ALL DCDC PROCEEDURES: ADMINISTRATIVE EMPLOYEES & CONTRACTED SERVICES. DEF. DUVAL CO. CONTRACTS THE DCDC MEDICAL SERVICES OUT TO THE DEF. ARMOR. ARMOR, WHO THEN IS TO PROVIDE ALL NEEDED MEDICAL PROCEEDURES FOR THE DCDC INMATE'S MEDICAL TREATMENTS.

3.) DEFENDANT, DUVAL COUNTY, ENFORCES THEIR UNOFFICIAL CUSTOM OF CUTTING COSTS UPON ALL THE CONTRACTED SERVICE PROVIDERS AT THE DCDC. DEF. DUVAL CO., HAS A "FIXED" ANNUAL BUDGET THAT THEY HAVE SET FOR ALL IT'S CONTRACTED SERVICE PROVIDERS THAT IS EXPECTED FOR THEM NOT TO EXCEED IN THE SPENDING OF COUNTY MONIES. THIS UNOFFICIAL CUSTOM OF CUTTING COSTS MAKES THE DCDC MEDICAL DEPT. INADEQUATE IN IT'S TREATING OF DCDC INMATE'S MEDICAL NEEDS.

COUNT FIVE CONT.:

4.) DEFENDANT, DUVAL COUNTY, AS THE DEF. ARMOR'S CONTRACTOR, ENFORCES & EXPECTS ARMOR TO COMPLY WITH FOLLOWING THEIR UNOFFICIAL CUSTOM OF CUTTING COSTS, SO AS NOT TO EXCEED THE FIXED ANNUAL BUDGET ALLOCATED TO DEF. ARMOR FOR SPENDING ON ALL THE NEEDED MEDICAL PROCEEDURES FOR THE DCDC INMATE'S MEDICAL TREATMENTS.

5.) DEFENDANT, DUVAL COUNTY, BY ENFORCING THIS UNOFFICIAL CUSTOM UPON THE DEF. ARMOR, HAS THEN INDIRECTLY BROUGHT INTO ACTION ONE OF THE MOVING FORCES BEHIND ONE OF THE REASONS WHY DEF. ARMOR DID NOT PROVIDE THE PLAINTIFF WITH ANY TREATMENT FOR HIS FRACTURED RT. WRIST.

6.) DEFENDANT, DUVAL COUNTY, IS LIABLE IN A INDIRECT MANNER FOR THE OVER-ALL OUTCOMING RESULTS OF THE DAMAGES OF THE PLAINTIFF'S UNTREATED FRACTURED RT. WRIST. DAMAGES THAT CAUSED BONE DEFORMITY, DYSFUNCTION, PHYSICAL PAIN & MENTAL ANGUISH TO THE PLAINTIFF. DEFENDANT, DUVAL CO., HAD THEN VIOLATED PLAINTIFF'S 14TH AMENDMENT RIGHTS.

7.) DEFENDANT, DUVAL COUNTY, IS LIABLE IN THEIR OFFICIAL CAPACITIES FOR THE PLAINTIFF'S PAST DAMAGES, & THE DAMAGES THAT STILL REMAIN. DAMAGES BEING, A DEFORMED & DYSFUNCTIONAL RT. WRIST THAT CONTINUES TO CAUSE PLAINTIFF PHYSICAL PAIN & MENTAL ANGUISH.

1.) THE PLAINTIFF WENT THROUGH SEVERE ALCOHOL WITHDRAWL THAT CAUSED HIM EXCESSIVE PHYSICAL PAIN & MENTAL ANGUISH FOR A AVOIDABLE EXTENDED NUMBER OF DAYS, AND FOR SEVERAL OF THOSE DAYS THE PLAINTIFF WAS IN FEAR OF LOSING HIS LIFE. PLAINTIFF WAS PRESCRIBED LIBRIUM TO TREAT HIS WITHDRAWL SYMPTOMS, & IF DEF(S) HAD NOT FAILED TO PROVIDE & ADMINISTER TO THE PLAINTIFF THIS MEDICINE, THEN HIS SEVERE WITHDRAWL SYMPTOMS WOULD HAVE THEN BEEN ALLEVIATED & THE LENGTH OF EXTENDED TIME OF PLAINTIFF'S SEVERE WITHDRAWL WOULD HAVE THEN BEEN SHORTER, & HE THEN WOULD NOT HAD SUFFERED THE MENTAL ANGUISH OF FEAR OF POSSIBLY LOSSING HIS LIFE.

2.) THE PLAINTIFF HAD A DIAGNOSED FRACTURED LEFT THUMB & RT. HAND WRIST, THAT BOTH WENT UNTREATED WHILE HE WAS A PRE-TRIAL DETAINEE AT THE DCDC. PLAINTIFF'S FRACTURED RT. WRIST WAS NEVER CORRECTIVELY ALIGNED AS NEEDED, AND THEREFORE BECAME DEFORMED & DYSFUNCTIONAL, CAUSING HIM SEVERE PAIN & NUMBNESS IN HIS RT. HAND FINGERS. PLAINTIFF HAS LOST 50% OF HIS NORMAL MOBILITY, MAKING MANY DAILY TASKS VERY DIFFICULT & PAINFUL TO ACCOMPLISH. PLAINTIFF BELIEVES THAT IF HE WOULD HAVE BEEN EXAMINED & TREATED IN THE INSTRUCTED TIME BY A ORTHOPEDIC DOCTOR, HE THEN WOULD NOT HAVE SUCH A BADLY DEFORMED & DYSFUNCTIONAL RT. WRIST THAT CONTINUES TO CAUSE HIM PHYSICAL PAIN & MENTAL ANGUISH.

1 OF 1

1.) IN COUNT ONE, TWO, & THREE THE DEFENDANT ARMOR, IS LIABLE IN THEIR INDIVIDUAL & OFFICAL CAPACITIES FOR THE PLAINTIFF'S DAMAGES; IN COUNT ONE PLAINTIFF SEEKS COMPENSATORY RELIEF OF $250,000, FROM DEF. IN COUNT TWO PLAINTIFF SEEKS COMPENSATORY RELIEF OF $250,000, FROM DEF. IN COUNT THREE PLAINTIFF SEEKS COMPENSATORY RELIEF OF $250,000, FROM DEF.

2.) IN COUNT ONE & COUNT TWO THE DEFENDANT ARMOR AND JOHN/JANE DOE, IS LIABLE IN THEIR INDIVIDUAL & OFFICAL CAPACITIES FOR THE PLAINTIFF'S DAMAGES; IN COUNT ONE & COUNT TWO PLAINTIFF SEEKS COMPENSATORY RELIEF FOR BOTH COUNTS IN THE SUM OF $250,000 FROM DEFENDANT.

3.) IN COUNT ONE & COUNT TWO THE DEFENDANT ARMOR ARNP JOHN/JANE DOE, IS LIABLE IN THEIR INDIVIDUAL & OFFICAL CAPACITIES FOR THE PLAINTIFF'S DAMAGES; IN COUNT ONE & COUNT TWO PLAINTIFF SEEKS COMPENSATORY RELIEF FOR BOTH COUNTS IN THE SUM OF $250,000 FROM DEFENDANT.

4.) IN COUNT THREE THE DEFENDANT ARMOR RN JANE DOE, IS LIABLE IN HER INDIVIDUAL & OFFICAL CAPACITIES FOR THE PLAINTIFF'S DAMAGES; IN COUNT THREE PLAINTIFF SEEKS COMPENSATORY RELIEF IN THE SUM OF $250,000 FROM DEFENDANT.

5.) IN COUNT FOUR THE DEFENDANT J.S.O. SHERIFF MICHAEL WILLIAMS, IS LIABLE IN HIS INDIVIDUAL & OFFICAL CAPACITIES FOR THE PLAINTIFF'S DAMAGES; IN COUNT FOUR PLAINTIFF SEEKS COMPENSATORY RELIEF IN THE SUM OF $250,000 FROM THE DEFENDANT.

6.) IN COUNT FIVE THE DEFENDANT DUVAL COUNTY, IS LIABLE IN THEIR OFFICAL CAPACITIES FOR THE PLAINTIFF'S DAMAGES; IN COUNT FIVE PLAINTIFF SEEKS COMPENSATORY RELIEF IN THE SUM OF $250,000 FROM THE DEFENDANT.



1 OF 1

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

DUVAL COUNTY DETENTION CENTER.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

COUNT TWO AND COUNT THREE

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

IN MY UNIT ON A INMATE COMMUNITY ELECTRIC TABLET.

2. What did you claim in your grievance?

HOW I WAS NOT RECIEVING MEDICAL TREATMENT FOR MY FRACTURED WRIST.

3. What was the result, if any?

NO RESULTS. MY FRACTURED RT. WRIST REMAINED UNTREATED.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I DID NOT HAVE A OPPORTUNITY TO FILE ANY APPEALS BECAUSE I WAS QUICKLY DISCHARGED FROM THE DCDC TO THE FLORIDA DEPT. OF CORR.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_N/A_

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_N/A_

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

• SEE ATTACHED SICK-CALL REQUESTS, (EXHIBIT D).
• SEE ATTACHED GRIEVANCES, (EXHIBIT E).

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

• MIDDLE DISTRICT COURT OF FLORIDA/JACKSONVILLE DIVISION
CASE NO. 3:20-CV-525-J-34JBT — DISMISSED IN MAY 2020
• MIDDLE DISTRICT COURT OF FLORIDA/JACKSONVILLE DIVISION
CASE NO. 3:20-CV-943-J-34JBT — DISMISSED ON 9-20-2020

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ANDREW A. ADORJAN_____

   Defendant(s) _____ARMOR CORRECTIONAL HEALTH SERVICES, INC_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____MIDDLE DIST. COURT OF FLORIDA / JACKSONVILLE DIVISION_____

3. Docket or index number

   _____CASE NO. 3:20-CV-525-J-34JBT_____

4. Name of Judge assigned to your case

   _____MARCIA MORALES HOWARD_____

5. Approximate date of filing lawsuit

   _____APRIL 2020_____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____MAY 2020_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____DISMISSED WITHOUT PREJUDICE_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

B:

1. PARTIES TO THE PREVIOUS LAWSUIT:

   PLAINTIFF(S): ANDREW A. ADORJAN

   DEFENDANT(S): ARMOR CORRECTIONAL HEALTH INC.

2. COURT: MIDDLE DISTRICT OF FLORIDA/JACKSONVILLE DIVISION

3. DOCKET OR INDEX NUMBER:
   CASE NO. 3:20-CV-943-J-34JBT

4. NAME OF JUDGE ASSIGNED TO YOUR CASE:
   MARCIA MORALES HOWARD

5. APPROXIMATE DATE OF FILING LAWSUIT:
   AUGUST 2020

6. IS CASE STILL PENDING?
   NO / DISPOSITION APPROX. SEPT. 2020

7. WHAT WAS THE RESULT OF THE CASE?
   DISMISSED WITHOUT PREJUDICE

CONTINUATION OF;
9 OF 11

B.

1. PARTIES TO THE PREVIOUS LAWSUIT:
   PLAINTIFF(S): ANDREW A. ADORJAN
   DEFENDANT(S): ARMOR CORRECTIONAL HEALTH INC.

2. COURT: MIDDLE DISTRICT OF FLORIDA /JACKSONVILLE DIV.

3. DOCKET OR INDEX NUMBER:
   CASE NO. 3:20-CV-B15-J-34PDB

4. NAME OF JUDGE ASSIGNED TO YOUR CASE:
   MARCIA MORALES HOWARD

5. APPROXIMATE DATE OF FILING LAWSUIT:
   NOVEMBER 2020

6. IS CASE STILL PENDING?
   NO / DISPOSITION APPROX. NOV. 2020

7. WHAT WAS THE RESULT OF THE CASE?
   DISMISSED WITHOUT PREJUDICE

CONTINUATION OF:
9 OF 11

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    ANDREW A. ADORJAN
    Defendant(s)    ARMOR CORRECTIONAL HEALTH SERVICES, INC

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    MIDDLE DIST. COURT OF FLORIDA / JACKSONVILLE DIVISION

3.  Docket or index number
    CASE NO. 3:20-CV-525-J-34JBT

4.  Name of Judge assigned to your case
    MARCIA MORALES HOWARD

5.  Approximate date of filing lawsuit
    APRIL 2020

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition    MAY 2020

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    DISMISSED WITHOUT PREJUDICE

B.

1. PARTIES TO THE PREVIOUS LAWSUIT:
   PLAINTIFF(S): ANDREW A. ADORJAN
   DEFENDANT(S): ARMOR CORRECTIONAL HEALTH INC.

2. COURT: MIDDLE DISTRICT OF FLORIDA/JACKSONVILLE

3. DOCKET OR INDEX NUMBER:
   CASE NO. 3:20-CV-943-J-34JBT

4. NAME OF JUDGE ASSIGNED TO YOUR CASE:
   MARCIA MORALES HOWARD

5. APPROXIMATE DATE OF FILING LAWSUIT:
   AUGUST 2020

6. IS YOUR CASE STILL PENDING?
   NO / DISPOSITION APPROX. SEPT 2020

7. WHAT WAS THE RESULT OF THE CASE?
   DISMISSED WITHOUT PREJUDICE

CONTINUATION OF:

10 OF 11

B.

1. PARTIES TO THE PREVIOUS LAWSUIT:
   PLAINTIFF(S): ANDREW A. ADORJAN
   DEFENDANT(S): ARMOR CORRECTIONAL HEALTH INC.

2. COURT: MIDDLE DISTRICT OF FLORIDA / JACKSONVILLE DIV.

3. DOCKET OR INDEX NUMBER:
   CASE NO. 3:20-CV-1315-J-34PDB

4. NAME OF JUDGE ASSIGNED TO YOUR CASE:
   MARCIA MORALES HOWARD

5. APPROXIMATE DATE OF FILING LAWSUIT:
   NOVEMBER 2020

6. IS YOUR CASE STILL PENDING?
   NO / DISPOSITION APPROX. NOV. 2020

7. WHAT WAS THE RESULT OF YOUR CASE?
   DISMISSED WITHOUT PREJUDICE

CONTINUATION OF:
10 OF 11

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02•23•2023

Signature of Plaintiff _Andrew A. Adorjan_

Printed Name of Plaintiff ANDREW A. ADORJAN

Prison Identification # J59402

Prison Address COLUMBIA C.I. 216 SE CORRECTIONS WAY

LAKE CITY     FL     32025-2013

*City*     *State*     *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____

*City*     *State*     *Zip Code*

Telephone Number _____

E-mail Address _____

# TABLE OF CONTENTS

| TITLE | DISCRIPTION | DATE |
|---|---|---|
| EXHIBIT A | E.R. DOCTOR'S TREATMENT INSTRUCTIONS | 12·07·2019 |
| EXHIBIT B | E.R. DOCTOR'S LIBRIUM PRESCRIPTION | 12·07·2019 |
| EXHIBIT C | ARMOR HEALTH POLICY & PROCEDURE | 01·01·2019 |
| EXHIBIT D | SICK-CALL REQUESTS | 12·09·2019 — 01·10·2020 |
| EXHIBIT E | MEDICAL GRIEVANCES | 01·03·2020 — 01·21·2020 |

1 OF 1

2019032121

# AFTER VISIT SUMMARY




UFHealth
UNIVERSITY OF FLORIDA HEALTH

**Andrew Adorjan** MRN: 15342439 DoB:

📅 12/6/2019  📍 UF Health Jacksonville Department of Emergency Medicine 904-244-9655

## Instructions

Your personalized instructions can be found at the end of this document.

 **Your medications have changed**

➲ START taking:
chlordiazePOXIDE (LIBRIUM)

Review your updated medication list below.

🛒 **Pick up these medications from any pharmacy with your printed prescription**
chlordiazePOXIDE

## What's Next

You currently have no upcoming appointments scheduled.

## Procedures and Tests Performed During Your Visit

Splint - Apply
XR Hand Left 3 Views
XR Hand Right 3 Views
XR Wrist Left Min 3 Views
XR Wrist Right Min 3 Views

## Your Care Today Was Provided or Supervised by

Black, Lauren Page, MD

## Your Care Team Included

Romero, Alberto Hernandez, MD

### Today's Visit

**Diagnoses:**
- Fractured hand
- Thumb fracture
- Wrist pain
- ETOH abuse

**⚕ Medications Given**
acetaminophen (TYLENOL) Last given 12/7/2019 1:09 AM
chlordiazePOXIDE (LIBRIUM) Last given 12/7/2019 5:06 AM
HYDROcodone-acetaminophen (NORCO) Last given 12/7/2019 5:06 AM
ibuprofen (ADVIL/MOTRIN) Last given 12/7/2019 1:09 AM
ondansetron (ZOFRAN-ODT) Last given 12/7/2019 6:21 AM

**Your End of Visit Vitals**
Weight
185 lb

MyUFHealth

UF Health offers MyUFHealth, an online resource you can use to send messages to your clinic, view released test results, request prescription renewals, request and schedule appointments, and more. Using the following activation code sign up today on the MyUFHealth site at http://www.ufhealth.org/mychart.
KGQ8F-97ZDD-GZWB7
Expires: 1/29/2020 12:26 AM

• EXHIBIT A •

# Medications I Need to Take After This Visit

* New medications may have been prescribed during this visit. Please review your list below.

*Take this list with you to your doctor's appointment to review with your primary care doctor.

## Your Medication List

### TAKE these medications



**chlordiazePOXIDE** 25 MG Caps
Commonly known as: LIBRIUM
**START**    Last time this was given: 50 mg on 12/7/2019 5:06 AM
For diagnoses: ETOH abuse
Quantity: 12 capsule
Signed by: Alberto H Romero, MD

Take 2 capsules by mouth 3 times daily for 2 days.

### ASK your doctor about these medications



**gabapentin** 300 MG Caps
Commonly known as: NEURONTIN
**ASK**    Quantity: 180 capsule
Signed by: Sohail A. Khan, PA-C

Take 2 capsules by mouth 3 times daily.

---



**methocarbamol** 500 MG Tabs
Commonly known as: ROBAXIN
**ASK**    Quantity: 90 tablet
Signed by: Sohail A. Khan, PA-C

Take 1 tablet by mouth 3 times daily.

---

**senna-docusate** 8.6-50 MG Tabs
Commonly known as: PERICOLACE
**ASK**    Quantity: 30 tablet
Signed by: Sohail A. Khan, PA-C

Take 1 tablet by mouth nightly at bedtime.

## You Are Allergic to the Following

| Allergen | Reactions |
|---|---|
| Codeine | Nausea Only |
| 3/5/18 pt tolerates oxycodone | |

## Important Opioid Medication Information

You have been prescribed an opioid medication to help treat your pain. It is best to take the least amount of this medication that controls your pain adequately. If your pain becomes uncontrolled, contact your provider. Some common side effects of this medication are itching and constipation. More serious side effects are becoming too

# Important Opioid Medication Information (continued)

sleepy, breathing too slowly, or breathing stops. These more serious side effects require emergency medical attention. This medication should not be used in combination with alcohol containing products, or agents that may increase sleepiness. Do not drive or operate dangerous machinery unless you know how you will react to this medication. This medication should be stored in a secure location outside the reach of children. It should be used only by you as prescribed. If medication remains after no longer needed, dispose of it by flushing down the toilet or returning through a community sponsored drug take back.

**Make sure you carry your medication list at all times, in case of emergency.**

 **If you have any other medications at home that are not listed above, please discuss with your primary care provider as soon as possible. Make sure you update your medication list when you start taking a new medication (including over-the-counter medications), change a medication dose, or stop taking a medication.**

## Instructions

### Cast or Splint Care, Adult
### Please be seen in jail ortho clinic urgently in the next 3 days for possible bennet's fracture of the left hand. Eval of fractures in the right hand.

Casts and splints are supports that are worn to protect broken bones and other injuries. A cast or splint may hold a bone still and in the correct position while it heals. Casts and splints may also help ease pain, swelling, and muscle spasms.

A cast is a hardened support that is usually made of fiberglass or plaster. It is custom-fit to the body and it offers more protection than a splint. It cannot be taken off and put back on. A splint is a type of soft support that is usually made from cloth and elastic. It can be adjusted or taken off as needed.

You may need a cast or a splint if you:

- Have a broken bone.
- Have a soft-tissue injury.
- Need to keep an injured body part from moving (keep it *immobile*) after surgery.

## How is this treated?

**If you have a cast:**



- **Do not** stick anything inside the cast to scratch your skin. Sticking something in the cast increases your risk of infection.
- Check the skin around the cast every day. Tell your health care provider about any concerns.
- You may put lotion on dry skin around the edges of the cast. **Do not** put lotion on the skin underneath the cast.
- Keep the cast clean.
- If the cast is not waterproof:
    - **Do not** let it get wet.
    - Cover it with a watertight covering when you take a bath or a shower.

**If you have a splint:**



- Wear it as told by your health care provider. Remove it only as told by your health care provider.
- Loosen the splint if your fingers or toes tingle, become numb, or turn cold and blue.
- Keep the splint clean.
- If the splint is not waterproof:
  - **Do not** let it get wet.
  - Cover it with a watertight covering when you take a bath or a shower.

### Bathing

- **Do not** take baths or swim until your health care provider approves. Ask your health care provider if you can take showers. You may only be allowed to take sponge baths for bathing.
- If your cast or splint is not waterproof, cover it with a watertight covering when you take a bath or shower.

### Managing pain, stiffness, and swelling

- Move your fingers or toes often to avoid stiffness and to lessen swelling.
- Raise (*elevate*) the injured area above the level of your heart while sitting or lying down.

### Safety

- **Do not** use the injured limb to support your body weight until your health care provider says that it is okay.
- Use crutches or other assistive devices as told by your health care provider.

### General instructions

- **Do not** put pressure on any part of the cast or splint until it is fully hardened. This may take several hours.
- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe for you.
- Take over-the-counter and prescription medicines only as told by your health care provider.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- Your cast or splint gets damaged.
- The skin around the cast gets red or raw.
- The skin under the cast is extremely itchy or painful.
- Your cast or splint feels very uncomfortable.
- Your cast or splint is too tight or too loose.
- Your cast becomes wet or it develops a soft spot or area.
- You get an object stuck under your cast.

## Get help right away if:

- Your pain is getting worse.
- The injured area tingles, becomes numb, or turns cold and blue.
- The part of your body above or below the cast is swollen and discolored.
- You cannot feel or move your fingers or toes.
- There is fluid leaking through the cast.
- You have severe pain or pressure under the cast.
- You have trouble breathing.
- You have shortness of breath.
- You have chest pain.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/15/2001 Document Revised: 07/08/2017 Document Reviewed: 06/10/2017
Elsevier Interactive Patient Education © 2019 Elsevier Inc.

## Acute Pain, Adult

Acute pain is a type of pain that may last for just a few days or as long as six months. It is often related to an illness, injury, or medical procedure. Acute pain may be mild, moderate, or severe. It usually goes away once your injury has healed or you are no longer ill.

Pain can make it hard for you to do daily activities. It can cause anxiety and lead to other problems if left untreated. Treatment depends on the cause and severity of your acute pain.

## Follow these instructions at home:



- Check your pain level as told by your health care provider.
- Take over-the-counter and prescription medicines only as told by your health care provider.
- If you are taking prescription pain medicine:
    - Ask your health care provider about taking a stool softener or laxative to prevent constipation.
    - **Do not** stop taking the medicine suddenly. Talk to your health care provider about how and when to discontinue prescription pain medicine.
    - If your pain is severe, **do not** take more pills than instructed by your health care provider.
    - **Do not** take other over-the-counter pain medicines in addition to this medicine unless told by your health care provider.
    - **Do not** drive or operate heavy machinery while taking prescription pain medicine.

- Apply ice or heat as told by your health care provider. These may reduce swelling and pain.
- Ask your health care provider if other strategies such as distraction, relaxation, or physical therapies can help your pain.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- You have pain that is not controlled by medicine.
- Your pain does not improve or gets worse.
- You have side effects from pain medicines, such as vomiting or confusion.

## Get help right away if:

- You have severe pain.
- You have trouble breathing.
- You lose consciousness.
- You have chest pain or pressure that lasts for more than a few minutes. Along with the chest pain you may:
  - Have pain or discomfort in one or both arms, your back, neck, jaw, or stomach.
  - Have shortness of breath.
  - Break out in a cold sweat.
  - Feel nauseous.
  - Become light-headed.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/01/2017 Document Revised: 05/26/2017 Document Reviewed: 01/01/2017
Elsevier Interactive Patient Education © 2019 Elsevier Inc.

## Cryotherapy

### What is cryotherapy?

Cryotherapy, or cold therapy, is a treatment that uses cold temperatures to treat an injury or medical condition. It includes using cold packs or ice packs to reduce pain and swelling. Only use cryotherapy if your doctor says it is okay.

### How do I use cryotherapy?



- Place a towel between the cold source and your skin.
- Apply the cold source for no more than 20 minutes at a time.
- Check your skin after 5 minutes to make sure there are no signs of a poor response to cold or skin damage. Check for:
- White spots on your skin. Your skin may look blotchy or mottled.
- Skin that looks blue or pale.
- Skin that feels waxy or hard.
- Repeat these steps as many times each day as told by your doctor.

## How can I make a cold pack?

When using a cold pack at home to reduce pain and swelling, you can use:

- A silica gel cold pack that has been left in the freezer. You can buy this online or in stores.
- A plastic bag of frozen vegetables.
- A sealable plastic bag that has been filled with crushed ice.

Always wrap the pack in a dry or damp towel to avoid direct contact with your skin.

## Contact a doctor if:

- You start to have white spots on your skin. This may give your skin a blotchy or mottled look.
  - Your skin turns blue or pale.
  - Your skin becomes waxy or hard.
  - Your swelling gets worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/05/2009 Document Revised: 02/22/2018 Document Reviewed: 08/31/2016
Elsevier Interactive Patient Education © 2019 Elsevier Inc.

## Heat Therapy

Heat therapy can help ease sore, stiff, injured, and tight muscles and joints. Heat relaxes your muscles, which may help ease your pain and muscle spasms. **Do not** use heat therapy unless your doctor tells you to use it.

## How to use heat therapy



There are several different kinds of heat therapy, including:

- Moist heat pack.
- Hot water bottle.
- Electric heating pad.
- Heated gel pack.
- Heated wrap.
- Warm water bath.

Your doctor will tell you how to use heat therapy. In general, you should:

1. Place a towel between your skin and the heat source.
2. Leave the heat on for 20–30 minutes. Your skin may turn pink.
3. Remove the heat if your skin turns bright red. You should remove the heat source if you are unable to feel pain, heat, or cold. You are more likely to get burned if you leave it on the skin for too long.

Your doctor may also tell you to take a warm water bath. To do this:

1. Put a non-slip pad in the bathtub to prevent a fall.
2. Fill the bathtub with warm water.
3. Check the water temperature.
4. Soak in the water for 15–20 minutes, or as told by your doctor.
5. Be careful when you stand up after the bath. You may feel dizzy.
6. Pat yourself dry after the bath. **Do not** rub your skin to dry it.

## General recommendations for heat therapy

- **Do not** sleep while using heat therapy. Only use heat therapy while you are awake.
- Your skin may turn pink while using heat therapy. **Do not** use heat therapy if your skin turns red.
- **Do not** use heat therapy if you have a new injury.
- High heat or using heat for a long time can cause burns. Be careful not to burn your skin when using heat therapy.
- **Do not** use heat therapy on areas of your skin that are already irritated, such as with a rash or sunburn.

## Get help if you have:

- Blisters, redness, swelling (*puffiness*), or numbness.
- New pain.
- Pain that is getting worse.

## Summary

- Heat therapy is the use of heat to help ease sore, stiff, injured, and tight muscles and joints.
- There are different types of heat therapy. Your doctor will tell you which one to use.
- Only use heat therapy while you are awake.
- Watch your skin to make sure you do not get burned while using heat therapy.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 03/11/2013 Document Revised: 12/29/2018 Document Reviewed: 12/29/2018
Elsevier Interactive Patient Education © 2019 Elsevier Inc.

# Additional Information for All Patients

1. Complete diagnosis of all medical problems IS NOT POSSIBLE in the Emergency Department. If you are not getting better, another diagnosis is possible, and you must see your own doctor or return here for further tests and treatments.

2. Instructions for follow up care have been provided above. IT IS VERY IMPORTANT TO FOLLOW UP AS DIRECTED, in order to be sure that your condition is improving as expected, or to have further tests or treatments that may be needed.

3. If you had XRAYS done today, they were reviewed by the ED doctor. An Xray specialist (a Radiologist) will also review them and you will be notified if there are new findings that need further treatment.

4. If you had LABS done today, they were reviewed by the ED doctor; however some tests (such as cultures for infection) may not be completed for a few days, and will be reviewed when completed. You will be notified if a test result shows that you need further treatment.

5. We MUST HAVE A CORRECT TELEPHONE NUMBER, in case we need to contact you about further tests or treatments.

6. If you receive PRESCRIPTIONS today, you must fill them right away and take them as directed. The pharmacist will label the medication about how to take it, and any other safety information you need to know about the medicine. Discuss the medicine with the pharmacist at the time you fill the prescription, if you have any concerns or questions not already answered by your provider during this visit.

I have received and reviewed the information and instructions above, and have had my questions answered at the time of discharge. I have received any new prescriptions listed above, and I have all my belongings with me at the time of discharge. I understand it is MY RESPONSIBILITY to carefully follow the instructions given to me, and to see a doctor right away if I am getting worse.

# General Health Information and Additional Health Resources for You

## SMOKING CESSATION / PREVENTION / EDUCATION
One of the most important steps you can take for your health and well-being is to quit using tobacco. You more than double your chances of success with coaching and/or medication. If you don't smoke, don't start.
### FLORIDA RESIDENTS:
- Access free help, including nicotine replacement products*, through Tobacco Free Florida.
- To attend in-person classes in your area, call 1-877-848-6696. To receive help via phone, call 1-877-822-6669.
- To reach help online, visit www.quitnow.net/florida. *As available and medically appropriate

### OUT-OF-STATE RESIDENTS:
- Access help by calling 1-800-784-8669.

## HEART FAILURE PATIENTS
If you have not been provided with an appointment, please make a follow-up appointment with your physician within one week and
### CALL YOUR DOCTOR FOR ANY OF THE FOLLOWING SYMPTOMS:
- Weight gain of 3 lbs or more in 5 days

- Shortness of breath
- Swelling
- Cough

## STROKE

Follow-up with physician after discharge. If you experience **ANY** of the following signs or symptoms of stroke, call 911 and seek immediate medical assistance:

- Sudden weakness or numbness of the face,arm, or legs (especially on one side of body)
- Sudden confusion; trouble speaking or understanding
- Sudden loss of vision in one or both eyes
- Sudden trouble walking; dizziness; loss of balance or coordination
- Sudden severe headache with no known cause

## SUICIDE PREVENTION

*Call 911*

- If you have active thoughts of harming yourself or others
- If you have made a suicide attempt
- If you have experienced severe medical problems

Contact the Crisis Center
Gainesville: 352-264-6789
Jacksonville: 1-800-273-TALK (8255)

Call your outpatient doctor or therapist
- If you experience worsening of your symptoms

SUICIDE Prevention Hotline at 1-800-273-TALK (8255)
National Suicide Hotline 1-800-SUICIDE (784-2433)

## HIV PREVENTION / LINKAGE TO CARE

HIV (Human Immunodeficiency Virus) screening is available free of cost through UF CARES. Walk-Ins encouraged Monday through Friday, 8am-5pm at the Downtown Campus (655 W. 8th Street Jacksonville, FL) on the 3rd floor of the Clinical Center. To reach via phone, call 904-244-2120.

- No appointments or insurance is necessary for HIV screening.
- If you already know your status and do not have a doctor, UF Cares can help link you to care.
- HIV screening is recommended at least once a year.

December 7, 2019
Andrew Adorjan
100 12TH NORTH AVE
JACKSONVILLE BEACH FL 32250
Home phone: 216-234-2014
DOB: ▮▮▮▮▮

**UF Health**
**Jacksonville**

Department of
Emergency Medicine DSH100001
655 W 8TH St 1st Floor
Jacksonville FL 32209
Phone: 904-244-9655

Weight: 83.9 kg (185 lb)
chlordiazePOXIDE (LIBRIUM) 25 MG Oral Capsule

Qty: *12 (Twelve) capsule*    Refill: *0 (Zero)*
                             Earliest fill date for CII:

DX: ETOH abuse

Take 2 capsules by mouth 3 times daily for 2 days.

Signed by:
Romero, Alberto Hernandez, MD    TRN28774

DEA #: BS6523282-22968
NPI: 1821561507

Black, Lauren Page, MD    FB7705657

NPI: 1033504022

SRC1904034802614    SHANDS

SRC1904034802614    SHANDS

VOID

SRC1904034802614    SHANDS

SRC1904034802614    SHANDS

VOID

EXHIBIT • B



Policy & Procedures
**Facility Name**

| Date: 10/18/21 |
| Reviewed: |
| Revision: 5/10/22; 7/28/22 |
| Revision: |

| TITLE: RECEIVING SCREENING* | NUMBER: J-E-02 |
| | Page 1 of 5 |

**Reference:** NCCHC: J-E-02* (*Essential)
ACA: 4-ALDF-4C-22* (*Mandatory)
FCAC: 24.04M
FMJ: 7.3

**Policy:**

1. Patients are screened upon arrival at the facility to provide continuity of care and to ensure that emergent and urgent health needs are met.

2. Reception personnel ensure that any patient who is unconscious, semi-conscious, bleeding, mentally unstable, severely intoxicated, exhibiting symptoms of alcohol or drug withdrawal, or otherwise urgently in need of medical attention are referred immediately for care and medical clearance into the facility.

3. If they are referred to a community hospital and then returned, admission to the facility is predicated on written medical clearance from the hospital.

4. A receiving screening takes place as soon as possible upon acceptance into custody. The receiving screening form is approved by the responsible health authority and inquires as to the patient's:

   a. Current and past illnesses, health conditions, or special health requirements (e.g., hearing impairment, visual impairment, wheelchair, walker, sleep apnea machine)
   b. Past infectious disease
   c. Recent communicable illness symptoms (e.g., chronic cough, coughing up blood, lethargy, weakness, weight loss, loss of appetite, fever, night sweats)
   d. Past or current mental illness, including hospitalizations
   e. History of or current suicidal ideation
   f. Dental problems (decay, gum disease, abscess)
   g. Allergies
   h. Dietary needs
   i. Prescription medications (including type, amount, and time of last use)
   j. Legal and illegal drug use(including type, amount, and time of last use)
   k. Current or prior withdrawal symptoms
   l. Possible, current, or recent pregnancy
   m. Other health problems as specified by the responsible physician

5. The form also records reception personnel's observations of the patient's:
   a. Appearance (e.g., sweating, tremors, anxious, disheveled)
   b. Behavior (e.g., disorderly, appropriate, insensible)
   c. State of consciousness (e.g. alert, responsive, lethargic)

| Medical Director: | Date: |
| H.S.A: | Date: |

EXHIBIT C

    d. Ease of movement (e.g., body deformities, gait)
    e. Breathing (e.g., persistent cough, hyperventilation)
    f. Skin (including lesions, jaundice, rashes, infestations, bruises, scars, tattoos, and needle marks or other indications of drug abuse)
    g. Condition of eyes, ears, nose, and throat

6. The disposition of an patient (e.g., immediate referral to an appropriate health care service, placement in the general population) is appropriate to the findings of the receiving screening and is indicated on the receiving screening form.

7. Receiving screening forms are dated and timed immediately on completion and include the name, signature, and title of the person completing the form.

8. All immediate health needs are identified through the screening and properly addressed by qualified health care professionals.

9. Potentially infectious patients are isolated from the general patient population.

10. If a woman is pregnant, an opiate history is obtained.

11. If a woman reports current opiate use, she is immediately offered a test for pregnancy to avoid opiate withdrawal risks to the fetus.

12. Medical intake for patients is performed by health-trained or qualified health care personnel.

13. Patients are screened for suicidal tendencies, chronic medical problems, unresolved acute medical problems, and communicable diseases.

14. When patients are referred to a community hospital and returned, their admission to the facility is predicated upon medical stabilization.

15. When health-trained correctional personnel perform the receiving screening, they have documented training by the responsible physician or designee in early recognition of medical, dental, and mental health conditions requiring clinical attention.

16. Health staff regularly monitor receiving screenings to determine the safety and effectiveness of this process.

**Definitions:**
*Medical clearance:* A documented clinical assessment of medical, dental, and mental status before an individual is admitted into the facility. The medical clearance may come from on-site health staff or may require sending the individual to the hospital emergency room.

 *Receiving screening*: A process of structured inquiry and observation intended to identify potential emergency situations among new arrivals and to ensure that patients with known illnesses and those on medications are identified for further assessment and continued treatment.

**Procedure:**

**Pre-Booking Screening:**

1. Before acceptance into the jail, healthcare staff will inquire about the following conditions and make observations as to:

   a. Suicide thoughts or plans
   b. Current serious or potentially serious medical or mental health issues needing immediate attention.
   c. The use of Taser, pepper spray, or other less-lethal use of force during the arrest.
   d. Observation for signs, and inquiry about drug and alcohol intoxication or abuse.
   e. Exposure or symptoms of infectious diseases such as COVID-19, Monkeypox

2. Arrestees will be refused admission to the jail if medically unstable and sent to the hospital for evaluation and treatment. Unconscious arrestees will not be admitted under any circumstances. The Registered Nurse on duty or on-call will be consulted before the patient is refused admittance to the facility.

3. Pre-booking medical screening criteria used to guide the determination of medical stability shall be approved by the site Medical Director. The refusal and referral is documented on the *Pre-Booking Medical Screening* (#PT-066) and *Pre-Booking Hospital Referral* (#PT-053), and *Infectious Disease Prebooking Screening (#IC-109)*. If

4. When arrestees are referred to an emergency department, their admission on return to the facility is predicated upon receipt of written documentation of treatment and necessary follow-up recommendations. Information will be entered on the "*Intake Referral Log*" (#MG-002).

5. When force has been used, health staff will check vital signs and decontaminate the patient (if necessary) when accepted.

**Intake/Receiving Screening**

1. If the patient is cleared for intake, receiving screening will be initiated by the health-trained staff using the Intake Health Screening form (#PT-051) which is timed and dated immediately upon completion, and signed by the screening staff and the patient. If a computer system is utilized, the appropriate information will be entered into the system.

2. Healthcare personnel, using a form approved by the responsible health authority, conduct a basic receiving screening inquiry on:

   a. Current and past illness and health problems or special health requirements (e.g., dietary needs)
   b. Hospitalizations for medical or mental health issues
   c. Past serious infectious disease
   d. Recent communicable illness symptoms (e.g., chronic cough, coughing up blood, lethargy, weakness, weight loss, loss of appetite, fever, night sweats)
   e. Past or current mental illness
   f. History of or current suicidal ideation
   g. Dental problems

h.  Allergies
i.  Legal and illegal drug use (including type, amount, and time of last use)
j.  Drug withdrawal symptoms
k.  Current or recent pregnancy; and
l.  health problems as designated by the responsible physician

3.  Healthcare personnel record, on the receiving screening form, their screening observations of the patient's:

a.  Appearance (e.g., sweating, tremors, anxious, disheveled)

b.  Behavior (e.g., disorderly, appropriate, insensible)

c.  State of consciousness (e.g., alert, responsible, lethargic)

d.  Ease of movement (e.g., body deformities, gait)

e.  Breathing (e.g., persistent cough, hyperventilation); and

f.  Skin (including lesions, jaundice, rashes, infestations, bruises, scars, tattoos, and needle marks or other indications of drug abuse).

g.  Condition of eyes, ears, nose, and throat

4.  Immediate health needs are identified and addressed, and potentially infectious patients are isolated.

5.  If the patient's medical or behavioral health condition precludes placement in the jail, or could adversely affect the patient population, the Institutional Authority will be notified.

6.  Healthcare personnel will make disposition recommendations to the Institutional Authority or designee based on assessment or review of screenings:

a.  Emergency Department – patients with unstable or emergent needs

b.  General population – no anticipated problems

c.  Close observation – patients who are at risk for self-harm or medical problems such as alcohol intoxication or possible drug withdrawal

d.  Medical housing or special accommodations - patients with medical problems such as seizures, insulin-dependent diabetes, cardiac or respiratory conditions, or physical limitations

e.  Isolation – for patients with potentially infectious diseases

7.  The disposition of the patient (e.g., immediate referral to appropriate health care service, placed in general population) is indicated on the receiving screening form.

8. Patients entering the facility on prescription medications continue to receive the medication in a timely fashion as prescribed, or acceptable alternate medications are provided as clinically indicated.

9. The "Intake Screening" form will be integrated with prior health records or incorporated into a new health record if the patient has subsequent contact with medical.

10. If the patient refuses to be screened or is "unscreenable" due to mental health or other conditions, he/she will be held in intake housing or medical observation until the screening can be completed. Nursing staff will conduct regular rounds – at least every two hours, on the patient until the screening can be completed.

    - Patients will be asked to sign a refusal form each time they refuse screening.

    - If the patient cannot remain in the intake area or medical observation due to security or other reasons, nursing staff will request the patient be brought to medical for completion of the intake screening within 4 hours of arrival at the facility.

    - Nursing staff will conduct q 2 hour rounds on patients held in the intake area or medical housing, until the screening can be completed.

    - If the patient is found to have altered mental status, regardless of the origin, and refuses intake, the patient will be sent for evaluation in the Emergency Department.

    - Patients placed in direct observation without completion of the intake screening require an urgent HCP evaluation, with orders for medications, vital signs, referrals, etc., completed by the provider.

11. The screening form will be maintained in the Health Care Unit for two (2) years within the facility and an additional seven (7) years in archives.

**Forms Referenced in Policy:**

**Intake Screening Form (#PT-051)**
**Intake Referral Log (#MG-002)**
**Pre-Booking Medical Screening (#PT-066)**
**Pre-Booking Hospital Referral (#PT-053)**
**Infectious Disease Prebooking Screening (#IC-019)**



## Armor Correctional Health, Inc

### SICK CALL REQUEST

FROM: (PLEASE PRINT)

Andrew Adorjan

(Inmate Name)
(Nombre) (Non)

20190 3 2121
(ID #)

_____ 4-E-1    12-09-19
(Date of Birth)    (Localidad)    (Fecha)
(Fecha de Nacimiento)    (Lojman)    (Dat)
(Dat Nesans Prizonye a)    (Housing Unit/Cell#)    (Date / Time)

PROBLEM: (BE SPECIFIC)
PROBLEMA:
PWOBLE'M:

Must go to Shands orthopedic
to get Follow up and cast put
on right Broken arm and
have Splint taken off

DATE/TIME RECEIVED 12/9/19 @ 2200    NURSE SIGNATURE: _S. Shumacher_

TRIAGE DECISION BY NURSING STAFF (Only check <u>ONE</u> box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Refer to Behavioral Health: _____

☑ Refer to Nurse Sick Call: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

### EXHIBIT • D

TRIAGE DATE/TIME: 12/9/19 @ 2200    NURSE SIGNATURE: _S. Shumacher_

PT-005    (White Copy...

# Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)                                    201903 2121

Andrew Adorjan
(Inmate Name)
(Nombre) (Non)                                              (ID #)

_____      4 East 1-6      12/10/19
(Date of Birth)            (Localidad)     (Fecha)
(Fecha de Nacimiento)      (Lojman)        (Dat)
(Dat Nesans Prizonye a)    (Housing Unit/Cell#)  (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**   In severe pain. Must return to Shand's
hospital, as advised to have splint taken off right
broken arm, and cast put on by orthopedic department.
Please make appointment there as soon as possible.

**DATE/TIME RECEIVED:** 12/10/19   **NURSE SIGNATURE:** _S. Kowalski_

---

**TRIAGE DECISION BY NURSING STAFF** (Only check **ONE** box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp ____ Pulse ____ Resp ____ BP ____ Wt ____

☑ Other

☐ Refer to Behavioral Health: _____

☐ Refer to Nurse Sick Call: _____

Appointment Schedule for 12.12.19 X-Ray

**TRIAGE DATE/TIME:** 12/10/19   **NURSE SIGNATURE:** _S. Schmmelsenn_

PT-005

(White Copy – Inmate Medical File   Yellow C...



**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

ANDREW ADORJAN

2019032121

(Inmate Name)
(Nombre)

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

4E-1

(Localidad)
(Lojman)
(Housing Unit/Cell#)

(ID #)
12-15-19

(Fecha)
(Dat)
(Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

BRKN. RT. ARM. MUST RETURN TO
SHANDS ORTH. DEPT. FOR CAST TO BE
PUT ON & TEMP SPLINT OFF. LOTS OF
PAIN. PLEASE HELP A.S.A.P.

THANK YOU!

2040

**DATE/TIME RECEIVED:** 12-15-19    **NURSE SIGNATURE:** C Williams LPN

**TRIAGE DECISION BY NURSING STAFF** (Only check <u>ONE</u> box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Refer to Behavioral Health: _____

☑ Refer to Nurse Sick Call: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

0307

**TRIAGE DATE/TIME:** 12-16-15    **NURSE SIGNATURE:** C Williams LPN


## SICK CALL REQUEST

FROM: (PLEASE PRINT)

(Inmate Name)    ANDREW ADORJAN    2019032121
(Nombre) (Na—

(Date of Birth) ▮▮▮▮▮▮    4E-1    (ID #)    12-16-19
(Fecha de Nacimiento)    ( Localidad)    (Fecha)
(Dat Nesans Prizonye a)    (Lojman)    (Dat)
                         (Housing Unit/Cell#)    (Date / Time)

PROBLEM: (BE SPECIFIC)
PROBLEMA:
PWOBLE'M:    JUST GOT RT. ARM EX-RAYED AT M?
TO DAY. WHY I DON'T KNOW. I WAS SENT TO
SHANDS BEFORE I WAS BOOKED IN JAIL. THEY
EX-RAYED RT. & LFT. HANDS & RT. WRIST IS BROKE?
& LFT. THUMB IS BROKEN. RT. ARM HAS TEMP
SPLINT & SHANDS GAVE ORDERS TO RETURN IN
3-4 DAYS TO ORTHOPEDIC DEPT FOR FINALN CAST.
PLEASE HELP IN LOTS OF PAIN.

DATE/TIME RECEIVED:                NURSE SIGNATURE:

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____

☐ Referral to HCP: _____    ☐ Refer to Behavioral Health: _____

☐ Refer to Dental: _____    ☐ Refer to Nurse Sick Call: _____

☐ Call Provider w/ Assessment: Temp_____ Pulse_____ Resp_____ BP_____ Wt_____

☐ Other

TRIAGE DATE/TIME:                NURSE SIGNATURE:

PT-005

(White Copy – Inmate Medical File   Yellow Copy –



**Armor Correctional Health, Inc**

## SICK CALL REQUEST

FROM: (PLEASE PRINT)

Inmate Name / (Nombre) (Non): ANDREW ADORJAN

(ID #) 201903221

(Date of Birth) / (Fecha de Nacimiento) / (Dat Nesans Prizonye a): ████████

(Localidad) (Lojman) (Housing Unit/Cell#): 4-E-1

(Fecha) (Dat) (Date / Time): 12-17-19

PROBLEM: (BE SPECIFIC)
PROBLEMA:
PWOBLE'M:

I HAVE A TEMPORARY SPLINT ON MY RT. BROKEN WRIST. SHANDS SENT ME BACK HERE TO PDC WITH INSTRUCTIONS TO RETURN WITHIN 2-4 DAYS TO THE ORTHOPEDIC DEPT. TO HAVE THE PROPER CAST PUT ON SO I WILL HEAL PROPERLY. PLEASE SCHEDULE ME TO RETURN TO HOSPITAL A.S.A.P. ITS BEEN ALMOST 2 WKS

DATE/TIME RECEIVED:

NURSE SIGNATURE:

TRIAGE DECISION BY NURSING STAFF (Only check <u>ONE</u> box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Refer to Behavioral Health: _____

☐ Refer to Nurse Sick Call: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGE DATE/TIME:

NURSE SIGNATURE:

PT-005

(White Copy – Inmate Medical File ...


## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

ANDREW ADORJAN    № 019032121

(Inmate Name)

███████████

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

4E-3

( Localidad)
(Lojman)
(Housing Unit/Cell#)

(ID #)

1-3-19

(Fecha)
(Dat)
(Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

I WAS TOLD BY SHANDS HOSP. DOCT
TO RETURN IN 2-4 DAYS TO HAVE A SOLI
CAST PUT ON MY RT. BROKEN WRIST. TH
WAS DEC. 6TH 2019. I AM NOT BEING TREAT
WITH PROPER PROCEDURE. I NEED TO GO TO
HOSPITAL & HAVE SOLID CAST PUT ON RT. ARM.
IMPORTANT FOR PROPER HEALING & FUTURE USE

**DATE/TIME RECEIVED:**
**NURSE SIGNATURE:**

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Refer to Behavioral Health: _____

☐ Refer to Nurse Sick Call: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

**TRIAGE DATE/TIME:**
**NURSE SIGNATURE:**

PT-005



**Armor Correctional Health, Inc**

## SICK CALL REQUEST

FROM: (PLEASE PRINT)

_ANDREW ADORJAN_
(Inmate Name)

2019 032121
(ID #)

5E-3
(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

( Localidad)
(Lojman)
(Housing Unit/Cell#)

1-9-20
(Fecha)
(Dat)
(Date / Time)

PROBLEM: (BE SPECIFIC)
PROBLEMA:
PWOBLE'M:

MY RT. BRKN. WRIST IS NOT HEALING
PROPERLY BECAUSE I HAVE BE LEFT IN THIS E:
ROOM TEMPORARY SPLINT WAY TOO LONG! 4 WKS PAST
DUE FOR ORTHOPEDIC DEPT. APPT. TO HAVE SOLID CAS
PUT ON TO ASSURE PROPER HEALING & PROPER FUTUR
USE WITHOUT CONSTANT PAIN. YOU (PROVIDER) HAVE PU
ME AT A LARGE RISK. BESIDES THE MENTAL STRES5.

DATE/TIME RECEIVED:

NURSE SIGNATURE:

TRIAGE DECISION BY NURSING STAFF (Only check <u>ONE</u> box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Behavioral Health: _____

☐ Refer to Dental: _____

☐ Refer to Nurse Sick Call: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGE DATE/TIME:

NURSE SIGNATURE:

PT-005

(White Copy – Inmate Medical F:

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

FROM: (PLEASE PRINT)

ANDREW ADORJAN

(Inmate Name)

2019032121

(ID #)

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

5E-3

( Localidad)
(Lojman)
(Housing Unit/Cell#)

1-10-20

(Fecha)
(Dat)
(Date / Time)

PROBLEM: (BE SPECIFIC)
PROBLEMA:
PWOBLE'M:

I JUST SLIPPED & FEEL ON 2ND FLR. TEIR ON PUDDLE OF WATER FROM BAD PLUMBING. I THINK I HAVE JUST RE-BROKE MY RT. WRIST THAT IS IN A TEMPORARY SPLINT. I AM SUPPOSED TO BE IN A SOLID CAST 4 WKS. AGO SHANDS DOCTOR'S ORDERS. THIS SPLINT IS NO GOOD & DID NOT PROTECK MY RT. WRIST IN THIS FALL!

DATE/TIME RECEIVED: _____ NURSE SIGNATURE: _____

TRIAGE DECISION BY NURSING STAFF (Only check <u>ONE</u> box below)

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Refer to Behavioral Health: _____

☐ Refer to Nurse Sick Call: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

already sched. for today —
added to prev. sick call

TRIAGE DATE/TIME: 1-12-20  1130  NURSE SIGNATURE: Braswell R<sub>n</sub>

PT-005

# Grievance #075601533

**Profile Photo:**



Released

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/03/20 16:23
Submitted from Location/Room: PDF-4E-3-052-002/PDF 4E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

**Form Info**

Category: Medical
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Armor J. Lorenz
Facility Deadline: 05/01/21 23:59
Grievance Level: 3
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

Denying me medical treatment. Not being taken back to hospital for cast on brkn rt wrist. Will affect proper healing, future use

**Details:**

**THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:**
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
*Select all that apply*
[Medical]

**Describe your grievance:**
*Provide specific details*
My rt. Broken wrist is still in a temp splint since 12\6\19 It is ment only for no more than a week. Not right,denying medical!!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/21 22:24 | Armor J. Lorenz | Changed Status | From 'Open' to 'Closed' |
| 05/25/21 22:24 | Armor J. Lorenz | Responded to Inmate | Auto-responded with "Inmate Has Been Released" |
| 05/25/21 22:24 | Armor J. Lorenz | Staff Response | Inmate Has Been Released |
| 04/21/21 00:06 | | Changed Level | From 2 to 3 due to automatic escalation |
| 04/14/21 00:10 | | Changed Level | From 1 to 2 due to automatic escalation |
| 01/03/20 16:23 | Andrew Adorjan | Submitted New | Denying me medical treatment. Not being taken back to hospital for cast on brkn rt wrist. Will affect proper healing, future use |



EXHIBIT • E

# Grievance #076244073

**Profile Photo:**



Released

**Audit Photo:**
Audit Photo

## Inmate Info

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/09/20 12:33
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

## Form Info

Category: Medical
Form: Medical Grievance

## Grievance Info

Status: CLOSED by Deodoris Flowers
Facility Deadline: 01/12/20 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

I am not being treated with proper medical treatment or proper procedure of medical treatment. I've been left in a temp splint,

**Details:**

THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:
Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
Select all that apply
Medical

**Describe your grievance:**
Provide specific details
...... On my rt brkn wrist. I was sent to Hosp on 12-06-19 hosp Dctr saidI must return in 4 days for cast. Its now been 30+ day

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 01/09/21 22:55 | Deodoris Flowers | Changed Status | From 'New' to 'Closed' |
| 01/09/21 22:55 | Deodoris Flowers | Responded to Inmate | Auto-responded with "Inmate Has Been Released" |
| 01/09/21 22:55 | Deodoris Flowers | Staff Response | Inmate Has Been Released |
| 01/09/20 12:33 | Andrew Adorjan | Submitted New | I am not being treated with proper medical treatment or proper procedure of medical treatment. I've been left in a temp splint, |

# Grievance #076248473

**Profile Photo:**



Released

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/09/20 12:58
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

**Form Info**

Category: Medical
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Deodoris Flowers
Facility Deadline: 01/12/20 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

I"be been left in a temp splint on my rt brkn wrist 3wks past Hosp doctors orders that I was to return in no more than 6 days,,,

**Details:**

**THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:**
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
*Select all that apply*
Medical

**Describe your grievance:**
*Provide specific details*
.....to have solid cast put on, if not it could be damaging to healing properly or proper functioning of rt hand in future.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/09/21 22:55 | Deodoris Flowers | Changed Status | From 'New' to 'Closed' |
| 01/09/21 22:55 | Deodoris Flowers | Responded to Inmate | Auto-responded with "Inmate Has Been Released" |
| 01/09/21 22:55 | Deodoris Flowers | Staff Response | Inmate Has Been Released |
| 01/09/20 12:58 | Andrew Adorjan | Submitted New | I"be been left in a temp splint on my rt brkn wrist 3wks past Hosp doctors orders that I was to return in no more than 6 days,,, |

# Grievance #076527563

**Profile Photo:**

Released

**Audit Photo:**
Audit Photo

### Inmate Info

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/11/20 17:45
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

### Form Info

Category: Medical
Form: Medical Grievance

### Grievance Info

Status: CLOSED by Armor J. Lorenz
Facility Deadline: 04/24/21 23:59
Grievance Level: 3
Inmate can reply: No
Disposition @ 1: Resolved Not in favor the inmate

---

**Details:**

This is not right!! I am not being treated with proper care. I am 24+ days past due to return to hospital to have solid cast,,,,

**Details:**

**THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:**
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
*Select all that apply*
[Medical]

**Describe your grievance:**
*Provide specific details*
Put on my rt brkn wrist. Not being done to doctors orders!! This is putting me at high-risk for improper healing \u0026 future use !!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/21 21:39 | Armor J. Lorenz | Changed Status | From 'Open' to 'Closed' |
| 05/25/21 21:39 | Armor J. Lorenz | Responded to Inmate | Auto-responded with "This is not a grievance. Inmate released." |
| 05/25/21 21:39 | Armor J. Lorenz | Staff Response | This is not a grievance. Inmate released. |
| 04/14/21 00:13 | | Changed Level | From 2 to 3 due to automatic escalation |
| 01/13/20 17:08 | | Escalated | All that u are stating in a poor attempt of defence is not even along the plain of my simple & true complaint. I was sent to Shands Hosp by Armour med provider. I return with doctor's orders to have me return in no more than 6 days to the orthopedic dept to have a solid cast put on my rt brkn wrist vrs this temp splint. Temp splt is not adaquent for proper healing or proper protection of injury. If patient's injury requires surgery, the orthoo doc needs to see patient a.s.a.p. & determine course of treatment, surgery & cast, no surgery & cast. This window of proper timing to bee seen by ortho doc as ordered has been completely ignored or completely overrides by Amour med. Upon return from hospital with doctor's orders to return to Orthodox dept in 2-4 days to be properly treated for injury, I was then not given proper care that followed doctors orders. I was x-rayed by Amour med 10 days later, WHY ? FOR WHAT REASON ? Hospital had done this already ! Correct ! Then I am finally in Amour med Doctor's presence 3 wks after Hosp visit. I was not examined by him, I just sat while he reads over the Shands Doctor's report.He then tells me I am scheduled for ortho dept visit following week, 3 wks past due all on Amour med improper & |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/13/20 10:22 | M. McKague (Medical Staff | Staff Response | You were seen by the provider on 12/7/19 and again on 12/20/19; you were seen by the nurse for sick call on 1/5/20; you are scheduled for follow up with the hospital; you will not know when you are scheduled to go out to the hospital, due to safety and security. |
| 01/13/20 10:22 | M. McKague (Medical Staff | Changed Status | From 'Open' to 'Closed' |
| 01/13/20 10:20 | M. McKague (Medical Staff | Changed Disposition | Changed the disposition value for level 1 from to Resolved Not in favor the inmate |
| 01/11/20 17:45 | Andrew Adorjan | Submitted New | This is not right!!! I am not being treated with proper care. I am 24+ days past due to return to hospital to have solid cast,,,, |

From 1 to 2 due to Appeal

# Grievance #076730153

**Profile Photo:**



Released

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/13/20 17:39
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

**Form Info**

Category: Medical
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Deodoris Flowers
Facility Deadline: 01/16/20 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Undecided

Details:

Cont. Appeal... Proper future use of rt wrist is at a very high risk by negligence o f Armour med to not follow Hosp doc's order

Details:

**THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:**
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
*Select all that apply*
Medical

**Describe your grievance:**
*Provide specific details*
No appt was made for me to return to Hosp in proper time to receive proper med attention. Appt finally made, but late.Armour at

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/09/21 22:55 | Deodoris Flowers | Changed Status | From 'New' to 'Closed' |
| 01/09/21 22:55 | Deodoris Flowers | Responded to Inmate | Auto-responded with "Inmate Has Been Released" |
| 01/09/21 22:55 | Deodoris Flowers | Staff Response | Inmate Has Been Released |
| 01/13/20 17:39 | Andrew Adorjan | Submitted New | Cont. Appeal... Proper future use of rt wrist is at a very high risk by negligence o f Armour med to not follow Hosp doc's order |

# Grievance #076730973

**Profile Photo:**

Released

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/13/20 17:45
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

**Form Info**

Category: Medical
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Deodoris Flowers
Facility Deadline: 01/16/20 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

Cont.... Fault ! I slipped in shower shoes in a puddle of water from leaking plumbing, another issue, & with temp splt not being

**Details:**

THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:
Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
Select all that apply
Medical

**Describe your grievance:**
Provide specific details
Properly protective I strained rt wrist in fall. Taken to M-2 but never examined! NEGLIGENCE ON ARMOUR MED AGAIN ! MALPRACTICE!!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/09/21 22:55 | Deodoris Flowers | Changed Status | From 'New' to 'Closed' |
| 01/09/21 22:55 | Deodoris Flowers | Responded to Inmate | Auto-responded with "Inmate Has Been Released" |
| 01/09/21 22:55 | Deodoris Flowers | Staff Response | Inmate Has Been Released |
| 01/13/20 17:45 | Andrew Adorjan | Submitted New | Cont.... Fault ! I slipped in shower shoes in a puddle of water from leaking plumbing, another issue, & with temp splt not being |

# Grievance #076732913

**Profile Photo:**

Released

**Audit Photo:**
Audit Photo

### Inmate Info

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/13/20 17:57
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

### Form Info

Category: Medical
Form: Medical Grievance

### Grievance Info

Status: CLOSED by Deodoris Flowers
Facility Deadline: 01/16/20 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

I want no more B. S. replies this us my last text. Bottom line is, if Armour would have just followed hosp docs orders & made a

**Details:**

THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
*Select all that apply*
Medical

**Describe your grievance:**
*Provide specific details*
Ortho dept appt for me immediately as should gave been done, I would have had a proper examination, surgery(?), & solid cast on!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/09/21 22:55 | Deodoris Flowers | Changed Status | From 'New' to 'Closed' |
| 01/09/21 22:55 | Deodoris Flowers | Responded to Inmate | Auto-responded with "Inmate Has Been Released" |
| 01/09/21 22:55 | Deodoris Flowers | Staff Response | Inmate Has Been Released |
| 01/13/20 17:57 | Andrew Adorjan | Submitted New | I want no more B. S. replies this us my last text. Bottom line is, if Armour would have just followed hosp docs orders & made a |

# Grievance #077459323

**Profile Photo:**



Released

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/19/20 17:17
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

**Form Info**

Category: Medical
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Armor J. Lorenz
Facility Deadline: 05/01/21 23:59
Grievance Level: 3
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

Finally saw ortgo at Shands 1-17-20. I do not agree at all with the Doctor. This visit was 37 days past due. Healing is not good

**Details:**

THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
*Select all that apply*
[Medical]

**Describe your grievance:**
*Provide specific details*
Doctor said I should have had my brkn rt wrist in tradition \u0026 put back in place then a cast. None of this was done. No cast zero

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/21 23:09 | Armor J. Lorenz | Changed Status | From 'Open' to 'Closed' |
| 05/25/21 23:09 | Armor J. Lorenz | Responded to Inmate | Auto-responded with "Inmate Has Been Released" |
| 05-25-21 23:09 | Armor J. Lorenz | Staff Response | Inmate Has Been Released |
| 04/21/21 00:08 | | Changed Level | From 2 to 3 due to automatic escalation |
| 04/14/21 00:10 | | Changed Level | From 1 to 2 due to automatic escalation |
| 01/19/20 17:17 | Andrew Adorjan | Submitted New | Finally saw ortgo at Shands 1-17-20. I do not agree at all with the Doctor. This visit was 37 days past due. Healing is not good |

# Grievance #077459993

**Profile Photo:**



Released

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/19/20 17:23
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

**Form Info**

Category: Medical
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Armor J. Lorenz
Facility Deadline: 05/01/21 23:59
Grievance Level: 3
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

Amour is at fault also for not getting me to ortho dept at Shands in proper time to be seen in proper time. Brkn rt wrist is not

**Details:**

THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

Jail where you are housed.:
PDF

This grievance is about::
*Select all that apply*
[Medical]

Describe your grievance:
*Provide specific details*
healing right ! Shands is at fault even more, not put in traction from 1st visit, then no surgery when needed \u0026 no cast ever.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/21 23:58 | Armor J. Lorenz | Changed Status | From 'Open' to 'Closed' |
| 05/25/21 23:58 | Armor J. Lorenz | Responded to Inmate | Auto-responded with "THIS REQUEST WILL BE CONSIDERED CLOSED DUE TO THIS BEING AN OLD REQUEST. IF THIS REQUEST IS STILL AN ISSUE, PLEASE PUT IN ANOTHER REQUEST." |
| 05/25/21 23:58 | Armor J. Lorenz | Staff Response | THIS REQUEST WILL BE CONSIDERED CLOSED DUE TO THIS BEING AN OLD REQUEST. IF THIS REQUEST IS STILL AN ISSUE, PLEASE PUT IN ANOTHER REQUEST. |
| 04/21/21 00:09 | | Changed Level | From 2 to 3 due to automatic escalation |
| 04/14/21 00:15 | | Changed Level | From 1 to 2 due to automatic escalation |
| 01/19/20 17:23 | Andrew Adorjan | Submitted New | Amour is at fault also for not getting me to ortho dept at Shands in proper time to be seen in proper time. Brkn rt wrist is not |

# Grievance #077703773

**Profile Photo:**



Released

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: Andrew Adorjan
Booking Number: 2019032121
Submitted Date: 01/21/20 19:21
Submitted from Location/Room: PDF-5E-3-070-002/PDF 5E 3
Current Location/Room: PDF-RTS-M-1-006/-
Facility: Duval County FL

**Form Info**

Category: Medical
Form: Medical Grievance

**Grievance Info**

Status: CLOSED by Armor J. Lorenz
Facility Deadline: 05/01/21 23:59
Grievance Level: 3
Inmate can reply: No
Disposition @ Level 1: Undecided

**Details:**

Shands said Amour med is responsible for not setting my ortho appt sooner. Not being seen sooner has resulted in brkn rt wrist..

**Details:**

**THIS IS NOT A SICK CALL REQUEST. Are you attempting to get information about your medication or make an appointment for Sick Call, Dental Services or Mental Health?:**
*Do not use this form if you are requesting an appointment in the clinic. Your request will not be answered.*
No

**Jail where you are housed.:**
PDF

**This grievance is about::**
*Select all that apply*
[Medical]

**Describe your grievance:**
*Provide specific details*
Not healing right due to the fact that being left in temp splint \u0026 not having brkn rt wrist bones placed correct, caused problem

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/21 23:58 | Armor J. Lorenz | Changed Status | From 'Open' to 'Closed' |
| 05/25/21 23:58 | Armor J. Lorenz | Responded to Inmate | Auto-responded with "THIS REQUEST WILL BE CONSIDERED CLOSED DUE TO THIS BEING AN OLD REQUEST. IF THIS REQUEST IS STILL AN ISSUE, PLEASE PUT IN ANOTHER REQUEST." |
| 05/25/21 23:58 | Armor J. Lorenz | Staff Response | THIS REQUEST WILL BE CONSIDERED CLOSED DUE TO THIS BEING AN OLD REQUEST. IF THIS REQUEST IS STILL AN ISSUE, PLEASE PUT IN ANOTHER REQUEST. |
| 04/21/21 00:09 | | Changed Level | From 2 to 3 due to automatic escalation |
| 04/14/21 00:15 | | Changed Level | From 1 to 2 due to automatic escalation |
| 01/21/20 19:21 | Andrew Adorjan | Submitted New | Shands said Amour med is responsible for not setting my ortho appt sooner. Not being seen sooner has resulted in brkn rt wrist.. |

## VERIFICATION OF COMPLAINT

I HAVE READ THE FOREGOING COMPLAINT AND DO HEREBY
VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE.
AS TO MATTERS ALLEGED ON INFORMATION & BELEIF, AND
AS TO THOSE, I BELIEVE THEM TO BE TRUE. I DO CERTIFY
UNDER PENALTY & PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.

/S/ _Andrew A. Adorjan_ /S/     /S/ _Andrew A. Adorjan_
                                 ANDREW A. ADORJAN/DC#J59402
                                 ● PRO SE PLAINTIFF
                                 COLUMBIA C.I.
                                 216 SE CORRECTIONS WAY
                                 LAKE CITY, FL. 32025-2013

1 OF 1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE & CORRECT COPY OF THIS MOTION AND CIVIL COMPLAINT HAS BEEN PLACED IN THE HANDS OF COLUMBIA C.I. OFFICALS ON THIS 23RD DAY OF FEBRUARY, 2023 FOR U.S. MAILING TO ARMAS, BERTRAN, ZINCONE 4960 SW 72ND AVE./SUITE 206; MIAMI, FL., 33155.

/S/ _Andrew A. Adorjan_ /S/

RESPECTFULLY, SUBMITTED,

_Andrew A. Adorjan_

ANDREW A. ADORJAN DC#J59402
°PRO SE PLAINTIFF
COLUMBIA C.I.
216 SE CORRECTIONS WAY
LAKE CITY, FL. 32025-2013

1 OF 1